```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17009
   DENISE L HUGGINS
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
            Debtor
   SSN XXX-XX-0690


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/18/07 .

     2.  The case was dismissed without confirmation, 04/25/2008.

     3.  The Debtor paid a total of $     320.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | .00 | .00 | 305.53 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | NOT FILED | .00 | .00 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CHECK ALERT SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL ACADEMY | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT CHARGE | UNSECURED | NOT FILED | .00 | .00 |
| ENTERTAINMENT WEEKLY | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| H&F LAW | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | NOT FILED | .00 | .00 |
| JJ MARSHALL | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MCA MANAGEMENT CO | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONWIDE CREDIT & COLL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NORTH SHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| NORTHEAST CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| OLIVER ADJUSTMENT | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PENN CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |

```
PENTAGROUP FINANCIAL      UNSECURED       NOT FILED              .00          .00
PLANET FITNESS            UNSECURED       NOT FILED              .00          .00
RECEIVABLES PERFORMANCE   UNSECURED       NOT FILED              .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED              .00          .00
RJM ACQUISITIONS LLC      UNSECURED       NOT FILED              .00          .00
RMI MCSI                  UNSECURED       NOT FILED              .00          .00
AFFILIATED CREDIT SERVIC  UNSECURED       NOT FILED              .00          .00
TORRES CREDIT SERVICES    UNSECURED       NOT FILED              .00          .00
TRANSWORLD SYSTEMS INC    UNSECURED       NOT FILED              .00          .00
UNITED COLLECTION BUREAU  UNSECURED       NOT FILED              .00          .00
US CELLULAR               UNSECURED       NOT FILED              .00          .00
WEST ASSET MANAGEMENT     UNSECURED       NOT FILED              .00          .00
ZENITH ACQUISITION CORP   UNSECURED       NOT FILED              .00          .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00           .00          .00         .00         .00
PRINCIPAL PAID      305.53           .00          .00         .00      305.53
INTEREST PAID          .00           .00          .00         .00         .00
TOTAL PAID          305.53           .00          .00         .00      305.53
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $   3500.00
and was paid $     57.00   direct and $       .00   through the plan.

The Trustee received $     14.47 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/16/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
          CASE NO. 07 B 17009 DENISE L HUGGINS